# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

UNITED STATES OF AMERICA,

     v.

SAMVEL NIKOGHOSYAN,

     Defendant.

CR 221-018-5

## ORDER

Before the Court is Defendant Samvel Nikoghosyan's motion for early termination of probation, dkt. no. 534, to which the Government has no opposition, dkt. no. 536. For the reasons below, Defendant's motion is **GRANTED.**

## BACKGROUND

Pursuant to a written plea agreement, Defendant pleaded guilty to Count 18 of the Indictment, that is, aiding and abetting the transportation of aliens, in violation of 8 U.S.C. §§ 1324(a)(1)(A)(ii), 1324(a)(1)(B)(i), and 18 U.S.C. § 2. Dkt. Nos. 469, 483. On April 13, 2023, the Court sentenced Defendant to two years' probation. Dkt. No. 483. The Court also imposed special conditions of supervision, as well as a $100 special assessment and a $5,000 JVTA assessment. Id.

Defendant has served approximately fifteen months of his twenty-four-month term of probation and now moves the Court for early termination of same.  Dkt. No. 534.

Defendant argues that since he began his term of probation, he has been in full compliance with the terms of his supervision and he and his co-defendant Sargis Makaryan have fully paid the $500,000 fine imposed on co-defendant Regal Hospitality Solutions. Id. at 2.  The Court notes that Defendant has passed all drug screens and maintained a stable residence, as well as stable employment.  Notably, Defendant's motion is unopposed by the Government, as well as the United States Probation Office.

Title 18 U.S.C. § 3564(c) addresses early termination of probation and sets forth, in relevant part, as follows:

> (c) Early termination.—The court, after considering the factors set forth in section 3553(a) to the extent that they are applicable, may, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, terminate a term of probation previously ordered and discharge the defendant at any time in the case of a misdemeanor or an infraction or at any time after the expiration of one year of probation in the case of a felony, if it is satisfied that such action is warranted by the conduct of the defendant and the interest of justice.

18 U.S.C. § 3564(c).  The decision to grant early termination of probation is discretionary and will be reviewed for abuse of discretion.  See, e.g., United States v. Reagan, 162 F. App'x 912, 914 (11th Cir. 2006).

2

The Court concludes that, after serving over half of his term of probation, Defendant has satisfied the relevant § 3553(a) factors for early termination of probation. Accordingly, Defendant's motion for early termination of probation, dkt. no. 534, is **GRANTED**. Defendant's term of probation is hereby terminated.

SO ORDERED this ___ day of August, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA